364 A.2d 664

**In re ESTATE of Charles W. ROSS, Deceased.**

**Appeal of Emma A. ROSS, Administrator of the Estate of Charles W. Ross, Deceased.**

Supreme Court of Pennsylvania.

Argued Sept. 21, 1976.

Decided Oct. 20, 1976.

Anthony J. Kovach, Uniontown, for appellant.

Stephen J. Harris, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

### OPINION OF THE COURT

PER CURIAM:

Decree affirmed. Each party pay own costs.

NIX, J., did not participate in the consideration or decision of this case.